UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Crim. No. 24-338 (ZNQ) |
| | : | |
| JAQUAN PICOTT | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3143(a) to detain the Defendant, Jaquan Picott (by Andrea G. Aldana, Esq., Assistant Federal Public Defender, appearing), in the above-entitled matter;

And the Defendant, having been granted bail on October 4, 2023;

And the Defendant, having plead guilty before the Honorable Zahid N. Quraishi to a two-count Information on May 21, 2024;

And the Court, through the Honorable Zahid N. Quraishi, having issued a warrant for the Defendant's arrest on December 12, 2024;

And the Defendant, having been apprehended by the United States Marshals Service in the District of New Jersey on June 27, 2025;

And the Defendant, having consented to detention and reserved his right to seek release at a later date;

- 1 -

And for good cause shown:

IT IS, therefore, on this 27th day of June, 2025,

ORDERED that bail is revoked; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3143(a),

that the Defendant, Jaquan Picott, be detained pending his sentencing hearing,

and that he be committed to the custody of the Attorney General or his

authorized representative.



_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE